884 A.2d 1264

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
ROBERT MACKLIN, DEFENDANT–PETITIONER.

October 26, 2005.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale,* 184 *N.J.* 458, 878 *A.*2d 724 (2005).

884 A.2d 1264

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. FLOYD STEVENS, DEFENDANT–PETITIONER.

October 26, 2005.

ORDERED that the petition for certification is granted, limited solely to the sentencing issue raised by defendant, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale,* 184 *N.J.* 458, 878 *A.*2d 724 (2005).